UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DARRELL PERKINS,

    Petitioner,

vs.

BEN CURRY, Warden,

    Respondent.

                              /

No. C 08-4742 PJH (PR)

**ORDER FOR SUPPLEMENTAL BRIEFING**

This is a habeas case directed to a denial of parole. The Ninth Circuit has recently decided *Hayward v Marshall*, in which important issues relating to federal review of parole decisions were raised. *Hayward v Marshall*, No. 06-55392, 2010 WL 1664977 (9th Cir. April 22, 2010). It would assist the court to have briefing from the parties regarding the impact of the *Hayward* en banc decision on this case.

Respondent must send petitioner a copy of the *Hayward* en banc decision within ten days of the date this order is entered. Within thirty days of the date this order is entered, respondent must file and serve a supplemental brief on the impact of *Hayward* on this action. If petitioner desires to respond to the supplemental brief, he shall do so by serving and filing a supplemental brief within thirty days of the date respondent's brief is served upon him.

**IT IS SO ORDERED.**

Dated: May 13, 2010.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

P:\PRO-SE\PJH\HC.08\PERKINS4742.supp. briefing.wpd

United States District Court
For the Northern District of California